■ The People of the State of New York, Respondent, v Lewis McLean, Appellant. [821 NYS2d 141]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed April 19, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Santucci, Rivera and Lunn, JJ., concur.

■ The People of the State of New York, Respondent, v Sherrie Passalacqua, Appellant. [821 NYS2d 141]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County (Mullen, J.), imposed August 23, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Crane, Luciano and Fisher, JJ., concur.

■ The People of the State of New York ex rel. Jonathan R. Bloom, on Behalf of Laquarn D. Wade, Petitioner, v Charles Ewald, Respondent. [820 NYS2d 813]—Writ of habeas corpus in the nature of an application for the release of the detainee pursuant to CPL 170.70, or in the alternative, fixing bail upon Suffolk County misdemeanor information No. 2006SU-40293.

Adjudged that the writ is dismissed, without costs or disbursements.

Under the circumstances of the case, the petitioner is not entitled to the relief sought in the petition. Adams, J.P., Skelos, Fisher and Covello, JJ., concur.